WENDY MEDURA KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	wkrincek@littler.com
	mbsmith@littler.com
	ddickinson@littler.com

Attorneys for Defendants
UNIVERSAL HEALTH SERVICES, INC. and
UHS OF DELAWARE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC.; UHS OF DELAWARE, INC.; DOES I-X; and ROE CORPORATIONS XI-XX,,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01694-APG-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff KAREN WILLIAMS ("Plaintiff") and Defendants UNIVERSAL HEALTH SERVICES, INC. and UHS OF DELAWARE, INC. ("Defendants") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a responsive pleading from the current deadline of October 23, 2019, up to and including **November 13, 2019**.

Such extension is necessary in light of the fact that Defendants' counsel was only recently retained.  The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

4825-2227-0378.1 069080.1147

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 22, 2019

Respectfully submitted,

*/s/ Joseph M. Ortuno*
DANIEL R. WATKINS, ESQ.
JOSEPH M. ORTUNO, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
KAREN WILLIAMS

Dated: October 22, 2019

Respectfully submitted,

*/s/ Diana G. Dickinson*
WENDY MEDURA KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
UNIVERSAL HEALTH SERVICES, INC.
and UHS OF DELAWARE, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: October 23, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4825-2227-0378.1 069080.1147